JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNI ELLIS, a single person,<br><br>      Plaintiff,<br><br> vs.<br><br>PIERCE COUNTY, a governmental entity, by and through PIERCE COUNTY SHERIFF'S OFFICE, a governmental agency; LEVI REDDING AND JANE DOE REDDING, and JOHN/JANE DOES 1-5,<br><br>      Defendants. | NO. 3:22-cv-05142-BHS<br><br>ORDER ON MOTION AND STIPULATION TO EXTEND CASE SCHEDULE DATES<br><br>Noted on Motion Docket: May 30, 2023 |

THIS MATTER having come before the above-captioned Court upon Plaintiff Jenni Ellis's and Defendants Pierce County, Levi Redding and 'Jane Doe' Reddings' stipulated Motion for Order to Extend Case Schedule Dates, the Court having considered the records and files herein it is hereby:

ORDERED, ADJUDGED, AND DECREED that the parties; stipulated motion to extend by at least one month all remaining trial and pretrial dates listed on this Court's June 16, 2022, "ORDER SETTING JURY TRIAL AND PRETRIAL DATES." (Dkt. 25) is GRANTED.

//

//

//

- 1
ORDER on Motion and Stipulation to Extend Case Deadlines.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

DATED THIS 30th DAY OF May 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

PRESENTED BY:

MARY E. ROBNETT
Prosecuting Attorney

s/ DANIEL R. HAMILTON
DANIEL R. HAMILTON, WSBA # 14658
Pierce County Prosecutor / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA  98402-2160
Ph: 253-798-7746 / Fax: 253-798-6713
dan.hamilton@piercecountywa.gov

s/ PATRICK WEST
PATRICK WEST, WSBA #41949
Attorney at Law
524 Tacoma Avenue South
Tacoma, WA  98402
Ph: 253-383-4704
Patrick@westlawtacoma.com

- 2
ORDER on Motion and Stipulation to Extend Case Deadlines.docx
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
930 Tacoma Avenue South, Suite 946
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713